UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAY MANSOURI,

    Plaintiff(s),

v.

TJM EQUITIES LLC, et al.,

    Defendant(s).

Case No. 25-cv-10662

Honorable Robert J. White

## ORDER OF DISMISSAL FOR LACK OF PROSECUTION

On June 26, 2025, the Court ordered Ray Mansouri to show cause why the complaint should not be dismissed pursuant to Fed. R. Civ. P. 41(b) for lack of prosecution[1]. Ray Mansouri has not responded to the Court's order, and the time to do so has expired. Accordingly,

---

[1] Rule 41(b) states:

> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule-except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19-operates as an adjudication on the merits.

IT IS ORDERED that the complaint is dismissed pursuant to Fed. R. Civ. P. 41(b) for lack of prosecution.

Dated: July 22, 2025                                  s/Robert J. White
                                                      Robert J. White
                                                      United States District Judge